UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE A. KRUSE, LISA M McLEOD, ROBERT SCHILL and DAVID and BARBARA LEGRO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., WFC HOLDINGS CORPORATION, WELLS FARGO & COMPANY, and WELLS FARGO FINANCIAL SERVICES, INC.,<br><br>Defendants. | 02-CV-3089 (ILG) (RLM) |

**PLAINTIFFS' RESTATED NOTICE OF CROSS MOTION FOR INTERVENTION**

PLEASE TAKE NOTICE that Richard and Rhianna Carrillo and Armando Martinez and Alinda Martinez, David R. Jarvis and Suzanne L. Jarvis, Sharon Petrie, Patricia Coley and Davie Singh, by their counsel shall move this Court before the Honorable I. Leo Glasser, United States District Judge, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 on the date and time to be set by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 24(b), granting the cross motion for intervention.

Dated: August 22, 2005                              Respectfully submitted,

                                                                      **MILBERG WEISS BERSHAD
                                                                       & SCHULMAN LLP**

                                                                       By:   s/ Barry A. Weprin

                                                                       Barry A. Weprin (BW-8637)
                                                                       Susan M. Greenwood (SG-8372)
                                                                       One Pennsylvania Plaza
                                                                       New York, NY 10119
                                                                       (212) 594-5300

**PACKARD, PACKARD & JOHNSON PC**

Lon D. Packard (LP-5817)
Craig H. Johnson
2795 Cottonwood Parkway, Suite 600
Salt Lake City, UT 84121
(801) 428-9000

Von G. Packard
Ronald D. Packard
Jacquetta Bardacos
Four Main Street, Suite 200
Los Altos, CA 94022
(650) 947-7300

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

John J. Stoia, Jr.
Timothy G. Blood
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058

**THE LAW OFFICES OF MICHAEL E. HUBER PC**

Michael E. Huber
8170 S. Highland Drive, Suite E5
Sandy, UT 84093
(801) 733-5807

**Attorneys for Plaintiffs**